USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBASISH DUTT, individually and on behalf of all others similarly situated, | Case No.1:17-cv-2434 |
| Plaintiff, | CLASS ACTION |
| v. | |
| WINS FINANCE HOLDINGS, INC., JIANMING HAO, RENHUI MU, AND JUNFENG ZHAO, | Hon. George B. Daniels |
| Defendants. | June 19, 2017 |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Debasish Dutt hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants Wins Finance Holdings, Inc., Jianming Hao, Renhui Mu, and Junfeng Zhao (collectively, the "Defendants"), and without costs to any party. Further, Defendants have not appeared or served a response to the Complaint.

Dated: July 7, 2017

/s/ Shannon L. Hopkins
**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins
LEVI & KORSINSKY, LLP
733 Summer Street, Suite 304
Stamford, Connecticut 06901
Telephone: (203) 992-4523
Facsimile: (212) 363-7171

*Counsel for Plaintiff Debasish Dutt*

**SO ORDERED:**

JUL 10 2017

George B. Daniels
U.S.D.J.

4839-7343-7258, v. 1